NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARKANSAS GAME & FISH COMMISSION,**
*Plaintiff-Cross Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2009-5121, 2010-5029

---

Appeals from the United States Court of Federal Claims in 05-CV-381, Judge Charles F. Lettow.

---

## ON MOTION

---

## ORDER

Upon consideration of the cross-appellant's unopposed motion for leave to file a supplemental joint appendix,

IT IS ORDERED THAT:

The motion is granted. The required number of copies must be filed within 10 days of the date of filing of this order.

FOR THE COURT

OCT 15 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Julie D. Greathouse, Esq.
    Robert J. Lundman, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 15 2010

JAN HORBALY
CLERK